**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1322**

GUY FERRANTE; DEBORAH FERRANTE,

      Plaintiffs - Appellants,

    v.

WESTIN ST. JOHN HOTEL CO.; VISTANA SIGNATURE EXPERIENCES,

      Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville. James C. Dever III, District Judge. (4:18-cv-00108-D)

Submitted: January 31, 2022                          Decided: February 9, 2022

Before GREGORY, Chief Judge, WILKINSON, Circuit Judge, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Guy Ferrante, Deborah Ferrante, Appellants Pro Se. Matthew Christopher Burke, Christopher Andrew Page, YOUNG MOORE & HENDERSON, PA, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Guy and Deborah Ferrante appeal the district court's orders denying their motion for default judgment and final judgment and granting Westin St. John Hotel Co.'s and Vistana Signature Experiences' motions for summary judgment on the Ferrantes' claims related to the foreclosure of their time share interests at the Westin St. John Resort. We have reviewed the record and find no reversible error. Accordingly, we affirm both orders for the reasons stated by the district court. *See Ferrante v. Westin St. John Hotel Co.*, No. 4:18-cv-00108-D (E.D.N.C. Oct. 30, 2018 & Jan. 29, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*